The Honorable Franklin D. Burgess

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| OCWEN LOAN SERVICING LLC,<br><br>Plaintiff,<br><br>v.<br><br>STEWART TITLE OF OREGON, INC.,<br><br>Defendant. | NO. C09-0368-FDB<br><br>STIPULATED ORDER EXTENDING TIME TO RESPOND TO COMPLAINT<br><br>**Noted for Consideration:**<br>**July 14, 2009** |

## A. STIPULATION

Plaintiff and defendant hereby stipulate and agree that defendant shall have until July 22, 2009, to answer or move to dismiss the complaint of plaintiff. The subjoined order is approved as to form and may be presented by either party without notice.

SIRIANNI YOUTZ
MEIER & SPOONEMORE

DATED: July 14, 2009        /s/
Stephen J. Sirianni (WSBA #6957)
Attorneys for Defendant
Stewart Title of Oregon, Inc.

STIPULATED ORDER EXTENDING TIME TO
RESPOND TO COMPLAINT – 1
NO. C09-0368-FDB

SIRIANNI YOUTZ
MEIER & SPOONEMORE
719 SECOND AVENUE, SUITE 1100
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303    FAX (206) 223-0246

LANE POWELL, PC

DATED: July 14, 2009     /s/
John R Neeleman  (WSBA #19752)
Attorney for Plaintiff

**B. ORDER**

The foregoing stipulation is approved and the extension of time set forth therein is granted. It is so ORDERED.

Dated this 17th Day of July, 2009.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

SIRIANNI YOUTZ
MEIER & SPOONEMORE

 /s/
Stephen J. Sirianni (WSBA #6957)
Attorneys for Defendant
Stewart Title of Oregon, Inc.

STIPULATED ORDER EXTENDING TIME TO
RESPOND TO COMPLAINT – 2
NO. C09-0368-FDB

SIRIANNI YOUTZ
MEIER & SPOONEMORE
719 SECOND AVENUE, SUITE 1100
SEATTLE, WASHINGTON  98104
TEL. (206) 223-0303    FAX (206) 223-0246

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

- **John R Neeleman**
  neelemanj@lanepowell.com,Docketing-SEA@LanePowell.com, burrusl@lanepowell.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

- (No manual recipients)

DATED: July 17, 2009, at Seattle, Washington.

/s/

STIPULATED ORDER EXTENDING TIME TO
RESPOND TO COMPLAINT – 3
NO. C09-0368-FDB

SIRIANNI YOUTZ
MEIER & SPOONEMORE
719 SECOND AVENUE, SUITE 1100
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303   FAX (206) 223-0246