UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OCWEN LOAN SERVICING LLC,<br><br>              Plaintiff,<br><br>       v.<br><br>STEWART TITLE OF OREGON, INC,<br><br>              Defendant. | No. C09-0368 FDB<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT AND DISCOVERY PLAN<br><br>**CLERK'S ACTION REQUIRED** |

## STIPULATION

The Parties, Plaintiff Ocwen Loan Servicing LLC and the Defendant, Stewart Title of Oregon, Inc. hereby stipulate and agree that the deadline to file the Joint Status Report and Discovery Plan in this action is extended to Wednesday, August 19, 2009.

DATED this 30th day July, 2009.

Stipulated, Agreed To, and Presented By:

LANE POWELL PC

By s/John R. Neeleman
    John R. Neeleman, WSBA No. 19752
    Attorneys for Plaintiff
    Ocwen Loan Servicing LLC

STIPULATION AND [PROPOSED] ORDER - 1
CASE NO. C09-0368 TSZ

1

2        Of Counsel:

3        O'MELVENY & MYERS LLP
         Brian P. Brooks, Esq.
4        Laura de Jaager, Esq.
         1625 Eye Street, NW
5        Washington, D.C.  20006-4001
         Tel: (202) 383-5300
6        Fax: (202) 383-5414

7

8        SIRIANNI YOUTZ MEIER & SPOONEMORE.

9

         By s/Stephen J. Sirianni (*signed w/permission*)
10           Stephen J. Sirianni, WSBA No. 6957
         Attorneys for Defendant
11       Stewart Title of Oregon, Inc.

12

13

14                        **ORDER**

15       IT IS SO ORDERED this 3rd Day of August, 2009.

16

17

18                    [signature]

19       _____

20       FRANKLIN D. BURGESS
         UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER - 2
CASE NO. C09-0368 TSZ

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

1

## **CERTIFICATE OF SERVICE**

2      Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under

3 the laws of the State of Washington, that on the 30th day of July, 2009, the document attached

4 hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF

5 system. In accordance with their ECF registration agreement and the Court's rules, the Clerk

6 of the Court will send e-mail notification of such filing to the following persons:

7 Stephen J. Sirianni
Email: ssirianni@sylaw.com
8

9      Executed on 30th day of July, 2009, at Seattle, Washington.

10

                                    s/Leah S. Burrus
11                                    Leah S. Burrus

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER - 3
CASE NO. C09-0368 TSZ

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107