1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   WESTERN DISTRICT OF WASHINGTON
                              AT TACOMA
8

9   OCWEN LOAN SERVICING LLC,

10                                                  CV09-0368FDB
                         Plaintiff,
11          vs
12                                                  MINUTE ORDER

13  STEWART TITLE OF OREGON, INC.,

14                       Defendant.

15

16

17  NOW, on this 20th day of August, 2009, the Court directs the Clerk to enter the
    following Minute Order:
18

19

20          Pursuant to the request and agreement of parties, the deadline
21          to file the Joint Status Report and Discovery Plan is extended
22          to August 31, 2009.

23

24

25  The foregoing Minute Order entered at the direction of the Honorable Franklin D.

26  Burgess, United States District Judge.

27                            .

28
                                          /s/ Pat LeFrois
                                         Pat LeFrois
                                         Courtroom Deputy