UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OCWEN LOAN SERVICING LLC, | No. C09-0368 FDB |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME TO EXCHANGE FRCP 26(A) INITIAL DISCLOSURES |
| v. | |
| STEWART TITLE OF OREGON, INC, | |
| Defendant. | **CLERK'S ACTION REQUIRED** |

## **STIPULATION**

The Parties, Plaintiff Ocwen Loan Servicing LLC and the Defendant, Stewart Title of Oregon, Inc. hereby stipulate and agree that the deadline to exchange FRCP 26(a) Initial Disclosures in this action is extended to October 26, 2009.

DATED this 25th day September, 2009.

Stipulated, Agreed To, and Presented By:

LANE POWELL PC


By s/John R. Neeleman
    John R. Neeleman, WSBA No. 19752
    Attorneys for Plaintiff
    Ocwen Loan Servicing LLC

STIPULATION AND [PROPOSED] ORDER - 1
CASE NO. C09-0368 FDB

Of Counsel:

O'MELVENY & MYERS LLP
Brian P. Brooks, Esq.
Laura de Jaager, Esq.
1625 Eye Street, NW
Washington, D.C. 20006-4001
Tel: (202) 383-5300
Fax: (202) 383-5414

Dated this 25th day of September, 2009.

SIRIANNI YOUTZ MEIER & SPOONEMORE.

By s/Stephen J. Sirianni (*signed with permission*)
Stephen J. Sirianni, WSBA No. 6957
Attorneys for Defendant
Stewart Title of Oregon, Inc.

## **ORDER**

IT IS SO ORDERED this 6th Day of October, 2009.

s/Pat LeFrois
Clerk for
THE HONORABLE FRANKLIN D. BURGESS

STIPULATION AND [PROPOSED] ORDER - 2
CASE NO. C09-0368 FDB

1758374.1/115317.0003

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

# CERTIFICATE OF SERVICE

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 25th day of September, 2009, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Stephen J. Sirianni
Email: ssirianni@sylaw.com

Executed on 25th day of September, 2009, at Seattle, Washington.

                                         s/Leah S. Burrus
                                         Leah S. Burrus

STIPULATION AND [PROPOSED] ORDER - 3
CASE NO. C09-0368 FDB

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1758374.1/115317.0003